UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES CLARK, *et al.*, | : | Case No. 3:11-cv-162 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | |
| | : | |
| WRIGHT MEDICAL TECHNOLOGY, INC., | : | |
| | : | |
| Defendant. | : | |

---

**CONDITIONAL ORDER OF DISMISSAL**

---

The Court having been advised by the parties that this civil action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated.  The parties may timely substitute a dismissal entry or stipulation of dismissal contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.


Date:   September 12, 2012                    *s/ Timothy S. Black*_____
                                             Timothy S. Black
                                             United States District Judge